Ketan Sawarkar
Payment Processing Center - Ally Bank
PO Box 130424 Roseville, MN 55113−0004
(800)−495−1578 Office

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

WILLIAM JOHN BROCK

SHERI LILLIAN BROCK

DEBTOR(S)

CASE NO. 20-01434-RNO-13
CHAPTER 13

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NUMBER 02

COMES NOW, AIS Portfolio Services, LP, bankruptcy servicer for Payment Processing Center - Ally Bank, and files this its Notice of Withdrawal of Proof of Claim Number 02 filed by Ketan Sawarkar and requests that its Claim filed in the above-styled and numbered case on 05/31/2020 be withdrawn.

Respectfully submitted,

/s/ Ketan Sawarkar

KETAN SAWARKAR
Payment Processing Center - Ally Bank
PO Box 130424 Roseville,
MN 55113−0004
(800)−495−1578

## CERTIFICATE OF SERVICE

  I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing Notice of Withdrawal was forwarded to all parties of interest as listed below or attached hereto via First Class, U.S. Mail, postage prepaid (unless otherwise indicated) on this 11th day of June, 2020.

                      /s/ Ketan Sawarkar

                      Ketan Sawarkar

**DEBTOR ATTORNEY:**
TIMOTHY B FISHER II
PO BOX 396,
525 MAIN STREET,
GOULDSBORO, PA - 18424

**TRUSTEE:**
CHARLES J DEHART III
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN, PA -17036