```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                       Case No. 20-01434-RNO
William John Brock                                           Chapter 13
Sheri Lillian Brock
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke              Page 1 of 1              Date Rcvd: Jun 10, 2020
                              Form ID: ntcnfhrg            Total Noticed: 16
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2020.
```
db/jdb         +William John Brock,   Sheri Lillian Brock,   30 Pond Road,   Moscow, PA 18444-7174
5324964       ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:   American Honda Finance,   1220 Old Alpharetta Road,   Suite 350,
                  Alpharetta, GA 30005)
5324965        Bayview Loan Servicing,    PO Box 650091,   Dallas, TX 75265-0091
5324968        +Penn Foster School,   925 Oak Street,   Scranton, PA 18515-0901
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 10 2020 19:49:40
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5325832         E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 10 2020 19:46:53
                 American Honda Finance Corporation,   National Bankruptcy Center,   P.O. Box 168088,
                  Irving, TX 75016-8088
5324962        +E-mail/Text: bankruptcy@rentacenter.com Jun 10 2020 19:47:09      Acceptance Now,
                 5501 Headquarters Dr.,   Plano, TX 75024-5837
5334008         E-mail/Text: ally@ebn.phinsolutions.com Jun 10 2020 19:44:47      Ally Bank,   PO Box 130424,
                 Roseville, MN 55113-0004
5324963        +E-mail/Text: ally@ebn.phinsolutions.com Jun 10 2020 19:44:47      Ally Financial,
                 PO Box 380901,   Bloomington, MN 55438-0901
5333811         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 10 2020 19:49:23
                 Capital One Bank (USA), N.A.,   by American InfoSource as agent,   PO Box 71083,
                  Charlotte, NC 28272-1083
5324966        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 10 2020 19:49:24
                 Capital One Bank USA NA,   P.O.Box 30281,   Salt Lake City, UT 84130-0281
5324967         E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 10 2020 19:49:08      Chase Mortgage,
                 PO Box 78420,   Phoenix, AZ 85062
5331817         E-mail/Text: ally@ebn.phinsolutions.com Jun 10 2020 19:44:47      Payment Processing Center,
                 P.O. Box 78367,   Phoenix, AZ 85062-8367
5324969         E-mail/PDF: gecsedi@recoverycorp.com Jun 10 2020 19:49:20      SYNCB/Care Credit,
                 P.O. Box 965036,   Orlando, FL 32896-5036
5325316        +E-mail/PDF: gecsedi@recoverycorp.com Jun 10 2020 19:49:35      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5324970         E-mail/Text: bankruptcy@uscbcorporation.com Jun 10 2020 19:44:47      USCB Corporation,
                 761 Scranton Carbondale HWY,   Unit 6,   Archbald, PA 18403
                                                                                              TOTAL: 12

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 10, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              Timothy B. Fisher, II   on behalf of Debtor 1 William John Brock donna.kau@pocono-lawyers.com
              Timothy B. Fisher, II   on behalf of Debtor 2 Sheri Lillian Brock donna.kau@pocono-lawyers.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

William John Brock,
  **Debtor 1**

Sheri Lillian Brock,
  **Debtor 2**

Chapter 13

Case No. 5:20-bk-01434-RNO

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **August 12, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866-582-6878, no later than 24 hours, before your hearing. | Date: August 19, 2020  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013-3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty-four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074-1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes-Barre, PA 18701 (570) 831-2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 10, 2020 |

ntcnfhrg (03/18)