Certificate Number: 03088-PAM-DE-034779096

Bankruptcy Case Number: 20-01434



03088-PAM-DE-034779096

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 16, 2020</u>, at <u>2:53</u> o'clock <u>PM CDT</u>, <u>William J Brock</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>August 16, 2020</u>    By: <u>/s/Doug Tonne</u>

Name: <u>Doug Tonne</u>

Title: <u>Counselor</u>

Certificate Number: 03088-PAM-DE-034779097

Bankruptcy Case Number: 20-01434



03088-PAM-DE-034779097

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 16, 2020</u>, at <u>2:53</u> o'clock <u>PM CDT</u>, <u>Sheri L Brock</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>August 16, 2020</u>　　　By: <u>/s/Doug Tonne</u>

　　　　　　　　　　　　　　　　Name: <u>Doug Tonne</u>

　　　　　　　　　　　　　　　　Title: <u>Counselor</u>