**Arvind Nath Rawal**
**Ally Bank**
**PO Box 130424**
**Roseville, MN 55113−0004**
**(800)−495−1578 Office**

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

WILLIAM JOHN BROCK

SHERI LILLIAN BROCK

DEBTOR(S)

§
§
§
§
§
§
§

CASE NO. 20-01434-RNO-13
CHAPTER 13

**NOTICE OF WITHDRAWAL OF AMENDED PROOF OF CLAIM NUMBER  2-2**

COMES NOW, AIS Portfolio Services, LP,   bankruptcy servicer for Ally Bank and files this its
Notice of Withdrawal of Amended Proof of Claim Number  2-2  filed   by Anupama Singh and
requests that its Claim filed in the   above-styled and numbered case on 08/19/2020 be withdrawn.

Respectfully submitted,

/s/ Arvind Nath Rawal

Arvind Nath Rawal
Ally Bank
PO Box 130424
Roseville, MN 55113−0004
(800)−495−1578

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing Notice of Withdrawal was forwarded to all parties of interest as listed below or attached hereto via First Class, U.S. Mail, postage prepaid (unless otherwise indicated) on this 20th day of August, 2020.

/s/ Arvind Nath Rawal
_____

Arvind Nath Rawal

**DEBTOR ATTORNEY:**
TIMOTHY B FISHER II
FISHER AND FISHER LAW OFFICES
PO BOX 396, 525 MAIN STREET
GOULDSBORO, PA 18424

**TRUSTEE:**
CHARLES J DEHART III
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN, PA 17036