```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                        Case No. 20-01434-RNO
William John Brock                                            Chapter 13
Sheri Lillian Brock
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-5        User: AutoDocke         Page 1 of 1         Date Rcvd: Aug 24, 2020
                            Form ID: pdf010         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2020.
      +Alice V. Angermeyer,   30 Pond Road,   Moscow, PA 18444-7174

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2020 at the address(es) listed below:
      Brian Nicholas    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com
      Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
      James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com
      Timothy B. Fisher, II   on behalf of Debtor 1 William John Brock donna.kau@pocono-lawyers.com
      Timothy B. Fisher, II   on behalf of Debtor 2 Sheri Lillian Brock donna.kau@pocono-lawyers.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William John Brock<br>Sheri Lillian Brock<br>    Debtor(s)<br><br>Bayview Loan Servicing, LLC, a Delaware Limited Liability Company<br>    Moving Party<br> vs.<br><br>William John Brock<br>Sheri Lillian Brock<br>    Debtor(s)<br><br>Alice V. Angermeyer<br>Charles J. DeHart, III Esq.<br>    Additional Respondents | CHAPTER 13<br><br>NO. 20-01434 RNO<br><br>11 U.S.C. Section 362 and 1301 |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, after Notice and an opportunity for a hearing, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 1301, is modified with respect to the subject premises located at 41 H Place, Gouldsboro, PA 18424 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.

Dated: August 24, 2020

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Bankruptcy Judge (PAR)