United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-01434-MJC |
| William John Brock | Chapter 13 |
| Sheri Lillian Brock | |
| Debtors | |

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William John Brock, Sheri Lillian Brock, 30 Pond Road, Moscow, PA 18444-7174 |
| cr | | Payment Processing Center, Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 5324964 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 1220 Old Alpharetta Road, Suite 350, Alpharetta, GA 30005 |
| 5324965 | | Bayview Loan Servicing, PO Box 650091, Dallas, TX 75265-0091 |
| 5324968 | + | Penn Foster School, 925 Oak Street, Scranton, PA 18515-0901 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Sep 01 2021 23:08:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: RECOVERYCORP.COM | Sep 01 2021 23:08:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5325832 | | EDI: HNDA.COM | Sep 01 2021 23:08:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 5324962 | + | Email/Text: bankruptcy@rentacenter.com | Sep 01 2021 19:08:00 | Acceptance Now, 5501 Headquarters Dr., Plano, TX 75024-5837 |
| 5334008 | | EDI: GMACFS.COM | Sep 01 2021 23:08:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 5425150 | + | EDI: AISACG.COM | Sep 01 2021 23:08:00 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5324963 | + | EDI: GMACFS.COM | Sep 01 2021 23:08:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 5336482 | + | EDI: LCIBAYLN | Sep 01 2021 23:08:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |
| 5333811 | | EDI: CAPITALONE.COM | Sep 01 2021 23:08:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5324966 | + | EDI: CAPITALONE.COM | Sep 01 2021 23:08:00 | Capital One Bank USA NA, P.O.Box 30281, Salt Lake City, UT 84130-0281 |
| 5324967 | | EDI: JPMORGANCHASE | Sep 01 2021 23:08:00 | Chase Mortgage, PO Box 78420, Phoenix, AZ 85062 |
| 5342551 | | EDI: PRA.COM | Sep 01 2021 23:08:00 | Portfolio Recovery Associates, LLC, POB 12914, |

| | | | Norfolk VA 23541 |
|---|---|---|---|
| 5331817 | EDI: GMACFS.COM | | |
| | | Sep 01 2021 23:08:00 | Payment Processing Center, P.O. Box 78367, Phoenix, AZ 85062-8367 |
| 5324969 | EDI: RMSC.COM | | |
| | | Sep 01 2021 23:08:00 | SYNCB/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 5325316 | + EDI: RMSC.COM | | |
| | | Sep 01 2021 23:08:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5324970 | Email/Text: bankruptcy@uscbcorporation.com | | |
| | | Sep 01 2021 19:07:00 | USCB Corporation, 761 Scranton Carbondale HWY, Unit 6, Archbald, PA 18403 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2021          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | |
| | TWecf@pamd13trustee.com |
| James Warmbrodt | |
| | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com |
| Timothy B. Fisher, II | |
| | on behalf of Debtor 1 William John Brock donna.kau@pocono-lawyers.com |
| Timothy B. Fisher, II | |
| | on behalf of Debtor 2 Sheri Lillian Brock donna.kau@pocono-lawyers.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | William John Brock | Social Security number or ITIN xxx–xx–1724 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Sheri Lillian Brock | Social Security number or ITIN xxx–xx–3896 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   5:20–bk–01434–MJC | | |

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William John Brock                    Sheri Lillian Brock

**By the court:**

9/1/21

Honorable Mark J. Conway
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Case 5:20-bk-01434-MJC    Doc 40    Filed 09/03/21    Entered 09/04/21 00:27:34    Desc
Imaged Certificate of Notice    Page 5 of 5